UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAJOR MOTEN,**

                Plaintiff,

-vs-                                            Case No. 6:06-cv-143-Orl-28JGG

**COMMISSIONER OF SOCIAL
SECURITY,**

                Defendant.
_____

# ORDER

This case is before the Court on appeal from a final decision of the Commissioner of Social Security (Doc. No. 1) filed February 3, 2006. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report & Recommendation and Defendant's response thereto, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 22, 2006 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __22__ day of December, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party