UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAJOR MOTEN,**

               **Plaintiff,**

-vs-                                         Case No.  6:06-cv-143-Orl-28JGG

**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**

## ORDER

This case is before the Court on the Consent Motion for Attorney Fees under the Equal Access to Justice Act (Doc. No. 26) filed August 23, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 19, 2007 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Consent Motion for Attorney Fees (Doc. 26) is granted.  Attorneys' fees are awarded in the amount of $7,444.38, costs in the amount of $13.00 and filing fees of $250.00.

3.	The Clerk is directed to enter judgment in favor of Plaintiff for the above fees and costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __12__ day of October, 2007.

                                                                              _____
                                                                              JOHN ANTOON II
                                                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party